AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA,

       Plaintiff,

    -against-

The Painting Known as "Hannibal," by Jean-Michel Basquiat,

       Defendant-in-rem.

**APPEARANCE**

Case Number: 08 CV 01511 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Broadening-Info Enterprises, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/28/2008 | _(signature)_ |
| Date | Signature |
| | Thomas Butler     TB-5598 |
| | Print Name     Bar Number |
| | Chadbourne & Parke LLP 30 Rockefeller Plaza, 35th Floor |
| | Address |
| | New York     New York     10112 |
| | City     State     Zip Code |
| | (212) 408-5283     (646) 710-5283 |
| | Phone Number     Fax Number |