AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

UNITED STATES OF AMERICA,

        Plaintiff,

   -against-

The Painting Known as "Hannibal,"
by Jean-Michel Basquiat,

        Defendant-in-rem.

**APPEARANCE**

Case Number: 08 CV 01511 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Broadening-Info Enterprises, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/28/2008 | *[signature]* |
| Date | Signature |
| | Karl H. Buch     KB-5533 |
| | Print Name     Bar Number |
| | Chadbourne & Parke LLP 30 Rockefeller Plaza, 35th Floor |
| | Address |
| | New York    New York    10112 |
| | City    State    Zip Code |
| | (212) 408-1074    (646) 710-1074 |
| | Phone Number    Fax Number |