UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> -v- <br><br> The Painting Known as "Hannibal," by Jean-Michael Basquiat, <br><br> Defendant. | Case No. 08 Civ. 1511 (RJS) <br><br> **Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Broadening-Info Enterprises, Inc. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** March 28, 2008

Signature of Attorney

**Attorney Bar Code:** TB-5598

Form Rule7_1.pdf  SDNY Web 10/2007