```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   Plaintiff,

 -against-

The Painting Known as "Hannibal,"
by Jean-Michel Basquiat,

   Defendant-in-rem.

Case No.

08 Civ. 1511 (RJS)

**STIPULATION & ORDER**

   The above-captioned matter having come before the Court, and counsel for claimant Broadening-Info Enterprises, Inc. ("Broadening"), having requested an enlargement of time within which to: (a) file a notice of claim; and (b) file an answer, move against or otherwise respond to the government's complaint, and

   WHEREAS, Broadening's counsel filed Notices of Appearance on March 28, 2008, and said counsel have agreed to accept service of the government's complaint on behalf of Broadening; and

   WHEREAS, to the extent service were properly effectuated, Broadening would be required to file a notice of claim on or before April 2, 2008, and to file an answer, move against or otherwise respond to the government's complaint on or before April 22, 2008; and

WHEREAS, Broadening has made no previous requests for an enlargement of time within which to file a notice of claim or to file an answer, move against or otherwise respond to the government's complaint; and

WHEREAS, the government consents to Broadening's request.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that,

1. Broadening's time to file a notice of claim shall be extended to and including May 2, 2008.

2. Broadening's time to file an answer, move against or otherwise respond to the government's complaint shall be extended to and including June 2, 2008.

Date: March 31, 2008

Thomas Butler (TB-5598)
Karl H. Buch (KB-5533)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
(212) 408-5100

*Attorneys for Claimant*
BROADENING-INFO ENTERPRISES, INC.

Date: MARCH 31, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

BY: *Sharon E. Frase*
SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 1007
(212) 637-2329

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IT IS SO ORDERED:

Date: April 1, 2008

Honorable Richard J. Sullivan
United States District Judge

3