UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

The Painting Known as "Hannibal,"
by Jean-Michel Basquiat,

        Defendant-in-rem.

Case No.

08 Civ. 1511(RJS)

**NOTICE OF CLAIM**

---

I, HERBERTO ALFREDO VARGAS CARNIDE, being duly sworn, deposes and says:

1. I understand that property owned by Broadening-Info Enterprises, Inc. ("Broadening"), namely the painting known as "Hannibal," by Jean-Michel Basquiat has been seized by the United States government, and that the government has instituted the above-captioned proceeding seeking to forfeit the painting.

2. Broadening is the owner of the Hannibal.

3. I am authorized to file this Notice of Claim on behalf of Broadening.

Under the penalties of perjury of the laws of the United States of America, I swear that the foregoing statements are true and correct to the best of my knowledge and belief.

By: _____
Herberto Alfredo Vargas Carnide
Dated: April 30, 2008