SULLIVAN, S.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

        -against-

The painting known as "Hannibal"
by the artist Jean-Michel Basquiat, from 1982, an acrylic,
oil stick and paper collage on canvas, mounted on tied
wood, approximately 60 x 60 inches with appraised
value of approximately eight million dollars;

The painting known as "Modern Painting with Yellow
Interweave" by the artist Roy Lichtenstein, an abstract
painting with geometric shapes, including two "half-
rings" filled with yellow, with black outlines, and with a
black vertical strip dividing the painting in two "halves,"
signed on the back, with a value of at least approximately
one million, three hundred thousand dollars;

The painting known as "Figures dans une structure"
[Figures in a structure], by the artist Joaquin Torres-
Garcia, signed in the upper left corner, dated in the upper
right hand corner, and purchased in 2004 for
approximately two hundred thirty thousand dollars;

The painting known as "Composition abstraite" [Abstract
composition] by the artist Serge Poliakoff, painted in
1969, an oil painting on burlap, with abstract geometric
shapes in red, blue, yellow and brown, approximately
162 x 135 centimeters, sold at auction in 2004 for more
than three hundred seventy-eight thousand dollars;

Defendant-in-rem.

08 Civ. 1511(RJS)

**STIPULATION & ORDER**

---

    The above-captioned matter having come before the Court, and counsel for

claimant Broadening-Info Enterprises, Inc. ("Broadening") having requested an enlargement of

time within which to file an answer, move against or otherwise respond to the government's Amended Complaint, and

WHEREAS, on or about February 13, 2008, the government filed a Complaint seeking the forfeiture of the painting known as "Hannibal" by Jean-Michel Basquiat; and

WHEREAS the Court granted Broadening's request to file an extension of time to file a notice of claim until May 2, 2008, and to file an answer, move against or otherwise respond to the government's complaint shall be extended to and including June 2, 2008; and

WHEREAS Broadening filed a notice of claim relating to the painting known as "Hannibal" on May 1, 2008, and was prepared to file an answer, move against or otherwise respond to the government's complaint regarding "Hannibal" on or before June 2, 2008; and

WHEREAS, the government filed an Amended Complaint on or about May 23, 2008, adding numerous additional factual allegations involving three new paintings, including "Modern Painting with Yellow Interweave" by the artist Roy Lichtenstein, "Figures dans une structure" by the artist Joaquin Torres-Garcia; and "Composition abstraite" by the artist Serge Poliakoff (the "Amended Complaint");

WHEREAS, the Amended Complaint was served on Broadening on or about May 27, 2008; and

WHEREAS, Broadening seeks additional time within which to file an answer, move against or otherwise respond to the government's Amended Complaint, and the government anticipates that additional claimants will likely file claims relating to the artwork set forth in the Amended Complaint; and

WHEREAS, the government consents to Broadening's request.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that,

1. Broadening's time to file an answer, move against or otherwise respond to the government's Amended Complaint shall be extended to and including June 24, 2008.

Date: June 4, 2008

Thomas E. Butler (TB-5598)
Karl H. Buch (KB-5533)
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100

*Attorneys for Claimant*
BROADENING-INFO ENTERPRISES, INC.

Date: June 4, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 1007
(212) 637-2329

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

IT IS SO ORDERED:

Date: June 7, 2008

Honorable Richard J. Sullivan
United States District Judge

3