UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**,
                          **Plaintiff,**

              -v-

**The Painting Known as"Hannibal"**
*by Jean-Michel Basquiat*
                          **Defendant -in-Rem.**



Case No.

08-cv-01511 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED, that the conference previously scheduled by this court

for June 18, 2008 at 4:30pm is hereby adjourned to July 10, 2008 at 3:00pm.

ORDERED.
DATED:
New York, New York  June / 2, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE