# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel 212-408-5100  fax 212-541-5369

Karl Buch
direct tel (212) 408-1074  fax (646) 710-1074
kbuch@chadbourne.com

**MEMO ENDORSED**

June 16, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

**Via Regular Mail**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York

Attention: Eileen Levine

    Re: U.S. v. Hannibal, et al., 08 Civ. 1511 (RJS)

Dear Ms. Levine:

    We respectfully request that you reschedule the status conference in the above-referenced matter from July 10, 2008 to July 1, 2008 at 4 p.m., as I will be on vacation on July 10, 2008.

    I have spoken to Sharon Frase and she has no objection to this request.

    Thank you for your courtesies in this matter.

Respectfully submitted,

Karl H. Buch

SO ORDERED
Dated: 6/17/08

RICHARD J. SULLIVAN
U.S.D.J.