# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 Cv 1511 |
|---|---|
| DEFENDANT<br>The Painting Known as "Hannibal" by Jean-Michel Basquiat | TYPE OF PROCESS<br>Publish Notice |

**SERVE AT**
Charles Ciraco
1100 Raymond Blvd., 5th Fl. Newark, NJ 07102

| Send NOTICE OF SERVICE copy to Requester:<br><br>U.S. ATTORNEY'S OFFICE- SDNY<br>ONE SAINT ANDREWS PLAZA<br>NEW YORK, NEW YORK 10007<br>ATTN: Tony Dulgerian | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE
FP&F or AFTRAK #

Please publish the following for three consecutive weeks in (1) the New York Law Journal and (2) the International Herald Tribune. Thank you.

Please return to FSA Law Clerk Tony Dulgerian, 212-637-2404

| Signature of Attorney or other Originator requesting service on behalf of<br>AUSA Sharon Frase | [ X ] Plaintiff<br>[ ] Defendant | Telephone No.<br>212-637-2329 | Date<br>February 27, 2008 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date<br>6/17/08 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above:<br>J. Pollard Forfeiture Specialist | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency | |

REMARKS:
ATTACHED NOTICE WAS PUBLISHED AS EVIDENCED BY THE ATTACHED AFFIDAVITS

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.

**RETURNED COPY**

```
USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94
UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK
```

On February 13, 2008, the United States of America commenced a civil action demanding forfeiture thereof pursuant to 18 U.S.C. § 545 and 19 U.S.C. § 1595a(c) The Painting Known as "Hannibal," by Jean-Michel Basquiat, 08 Cv. 1511.

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by              , 2002 which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV

On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts.

Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers.

This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.

Dated:  New York, New York
        February     , 2008


----------------------                          ----------------------
MICHAEL J. GARCIA
United States Attorney

JUN 10 2008



# AFFIDAVIT

I, Jack Byrnes, Advertising Representative of The International Herald Tribune, do certify that the advertisement for U.S. Customs Border Protection:

Entitled:  Civil Forfeiture Proceding

(The Painting know as "Hannibal")

Measuring 79 lines  appeared in The

International Herald Tribune on May 8, 2008;

May 15, 2008, and May 22, 2008.

*Jack Byrnes*
Jack Byrnes


Sworn to and subscribed before me this 5 day of June 2008

Notary Public

My Commission expires  *Carol A. Benz*

CAROL A. BENZ
COMMISSIONER OF DEEDS
In and for the City of Buffalo, N.Y.
My Commission Expires Dec. 31, 2008

# IHT Classifieds
## The World's Daily Marketplace

# General

## Legal Notices

**USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94 UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK**
On February 13, 2008, the United States of America commenced a civil action demanding forfeiture thereof pursuant to 18 U.S.C. § 545 and 19 U.S.C. § 1595a(c) The Painting Known as "Hannibal," by Jean-Michel Basquiat, 08 Cv. 1511.
Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by June 21, 2008 which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV
On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts. Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers. This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.
Dated: New York, New York
May 15, 2008
MICHAEL J. GARCIA
United States Attorney

## Business & Leisure Travel

**1st/Business Class Worldwide**
Up to 50% off. Round-the-World-Trips. 1st class from US $4,000. Business class from US $2,900. Imperial American Express Travel Services.    Tel: 1-514-341-7220.
www.imptrav.com

## Education

**UK CO-ED BOARDING SCHOOL**
- A history of being a Sunday Times UK Top Academic School
- Boarding - superb high quality
- £36m invested in new facilities
- Small classes with caring staff
- First class Equestrian Centre
- 98% to the best Universities
- Happy and confident pupils
- Safe, protected, private campus
- Girls and boys aged 5 to 20
- Prospectus + video/DVD in: English, Chinese, German, Japanese, Korean, Russian, or Spanish Queen Ethelburga's Thorpe Underwood, York, UK Tel: +44 (0)1423 333330. Email: remember@compuserve.com
Web: www.queenethelburgas.edu

## Business Services

**BACKGROUND CHECKS FROM AROUND THE WORLD**
Employment & Due Diligence
#1 Global Provider of Criminal Histories
**Straightline International**
info@straightlineinternational.com

---

**TO PLACE AN AD FROM SCANDINAVIA**

Please contact
Finn Greve Isdahl on
+47 55 92 51 92
or email
fgisdahl@mediasales.no

---

**READER WARNING**

While the International Herald Tribune has endeavored to ensure, to its satisfaction, the legitimacy and accuracy of the advertisements included in the newspaper at the time of publication, it cannot accept liability for loss or damage that any of its readers may directly or indirectly suffer or incur as a result of relying on such advertisements or in any dealings with any party placing such advertisements.

---

NFL

Ta[

**NEW YOR**
tional Footl
said that M
new inform
land Patriot
and that the
lichick, wou
At a news
Tuesday, th
turned ove
former Patr
eight tapes
five oppone
camera wa
teams' assi
signals to tl
then it shov
Goodell
which laste
an end to t
the Patriots
I don't kno
Goodell sai
and he said
anybody el
Goodell
tapes of c
used durin;
liver them
one of Be
said Walsh
was probal
Early e;
players DV
the DVDs
next oppo
example,
by the op
create sub
The per
seen by t
features v
and the si
on the fie
In betwe
shown so
distance, :
The Pa
line signa
staff. Thi
study wh
various si
would sig
Among
answered
of the op|
all coach
few? An
Goodell,
signals d
"Then
teams y
that seas
former N
rently an
Amon;
the NFL
in a cor
Others f
were unl
Schler
formatio
coaches'
— wouk
lyze dur

# IHT Classifieds

For more classified advertising visit IHT.com

TO PLACE AN AD CALL
UK +44 8456 123993
The Americas +866 459 1121
France +33 1 41 43 93 85
Asia +603 2166 6650

## General

### Education

**UK CO-ED BOARDING SCHOOL**
- A history of being a Sunday Times UK Top Academic School
- Boarding - superb high quality
- £36m invested in new facilities
- Small classes with caring staff
- First class Equestrian Centre
- 98% to the best Universities
- Happy and confident pupils
- Safe, protected, private campus
- Girls and boys aged 5 to 20
- Prospectus + video/DVD in: English, Chinese, German, Japanese, Korean, Russian, or Spanish

Queen Ethelburga's Thorpe Underwood, York, UK Tel: +44 (0)1423 333330. Email: remember@compuserve.com
Web: www.queenethelburgas.edu

### Business & Leisure Travel

**1st/Business Class Worldwide**
Up to 50% off. Round-the-World Trips. 1st class from US $4,000. Business class from US $2,900.
Imperial American Express Travel Services. Tel: 1-514-341-7220.
www.imptrav.com

### Business Opportunities

**World Halal Forum**
'Sustained Development Through Investment & Integration'
www.worldhalalforum.org

### Business Services

**BACKGROUND CHECKS FROM AROUND THE WORLD**
Employment & Due Diligence
#1 Global Provider of Criminal Histories
**Straightline International**
info@straightlineinternational.com

**READER WARNING**

While the International Herald Tribune has endeavored to ensure, to its satisfaction, the legitimacy and accuracy of the advertisements included in the newspaper at the time of publication, it cannot accept liability for loss or damage that any of its readers may directly or indirectly suffer or incur as a result of relying on such advertisements or in any dealings with any party placing such advertisements.

**TO PLACE AN AD FROM SCANDINAVIA**
Please contact Finn Greve Isdahl on +47 55 92 51 92 or email fgisdahl@mediasales.no

### Legal Notices

IN THE U.S. DISTRICT COURT- NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION, Commodity Futures Trading Commission
v.
Lake Shore Asset Management Ltd., Philip J. Baker;
Lake Shore Group of Companies, Inc., Ltd., et al.
Honorable Judge Manning
Magistrate Judge Mason
**Summons in a Civil Case and Notice of Allegations in the Complaint TO: PHILIP J. BAKER YOU ARE HEREBY SUMMONED** and required to serve on plaintiff's counsel, Diane Romaniuk, Commodity Futures Trading Commission ("CFTC"), 525 W. Monroe Street, Suite 1100, Chicago, Illinois 60661, and answer to the complaint that was filed against you in the U.S. District Court, Northern District of Illinois, within 20 days from 4/14/08. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any response that you serve on the parties to this action also must be filed with the Clerk of the Court for the District Court.
**THE ALLEGATIONS AGAINST YOU** are as follows: From at least January 2002 to the present, Baker, individually and as a controlling person, acting in concert with Lake Shore Asset Management ("LSAM") and Lake Shore Group of Companies, as a common enterprise fraudulently solicited and accepted at least $300 million from at least 700 individuals and entities worldwide for the purpose of, among other things, trading commodity futures contracts in several commodity pools ("Pools"). The Defendants, among other things, made material misrepresentations and failed to disclose material facts regarding the Pools by, misrepresenting the Pools' profits and losses; providing participants with false performance tables and track records; distributing false account statements to participants; misrepresenting the total amount of funds managed, failing to disclose that all interest income generated by the Pool accounts was paid to accounts under the control of Baker, and by misappropriating at least $10 million. LSAM, as a CFTC registrant refused to make its books and records available for inspection. The Defendants thus violated the Commodity Exchange Act, as amended, 7 U.S.C. §§ 1 et seq. (2002), and CFTC Regulations, 17 C.F.R. §§ 1.1 et seq. (2007). Baker may obtain a copy of the complaint by calling Ms. Romaniuk at: (312) 596-0541, by making such request in writing to the address above, or by visiting the following website on the Internet: www.cftc.gov then enforcement press releases, then Release: 5459-08 (link to the complaint).

**TO PLACE AN AD FROM GERMANY**
Please contact Sigrid Konrad on +49 69 716 77912 or fax +49 69 716 77978 or email skonrad@iht.com

### Legal Notices

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94 UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK
On February 13, 2008, the United States of America commenced a civil action demanding forfeiture thereof pursuant to 18 U.S.C. § 545 and 19 U.S.C. § 1595a(c) The Painting Known as "Hannibal," by Jean-Michel Basquiat, 08 Cv. 1511.
Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by June 21, 2008 which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV
On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts. Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers. This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.
Dated: New York, New York
May 8, 2008
MICHAEL J. GARCIA
United States Attorney

### Legal Notices

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94 UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK
On February 28, 2008, the United States of America commenced a civil action demanding forfeiture thereof under the provisions of 18 U.S.C. §§ 981 (a) (1) (A) and 984, as property involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 and 1957 and 31 U.S.C. §5317, as property involved in a transaction structured to evade reporting requirements, in violation of 31 U.S.C. §§5313 and 5324, for $1,399,313.74 in United States Currency, formerly on deposit in account number 0605103844, in the name of Ivan Mejia Cabal and Carlos Fernando Mejia Cabal, held at HSBC Bank USA, New York, 08 Civ. 1993 (SAS).
Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by June 8, 2008, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

### Legal Notices

UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK - FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV
On December 1, 2006, Rule G of the of the Supplemental Rules of Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts. Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers. This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.
Dated: New York, New York
March 27, 2008

MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshal/SDNY

**Job hunting?**
See IHT Classifieds on...
www.iht.com

### Need to place a classified ad?

Contact one of the IHT advertising offices listed below. Most credit cards accepted.

**IN EUROPE**

■ **FRANCE**
Tel: (33 1) 41 43 92 06
Email: vboyle@iht.com

■ **UNITED KINGDOM**
Tel: 44 8456 123 993
Email: maria@essentialmedia.co.uk

■ **AUSTRIA/GERMANY**
Tel: +49 69-716779 16
Email: skonrad@iht.com

■ **ITALY**
Tel: 39 02 844 0441
Email: paola.cesana@cesanamedia.com

■ **GREECE/CYPRUS**
Tel: 30 211 2121 480
Email: adv-greece@iht.com

■ **NETHERLANDS**
Tel: 31 20 6246 572
Email: IHT@cemedia.nl

■ **PORTUGAL**
Tel: 351 21 793 72 05
Email: pedro.loureiro@novaexpressao.pt

■ **SCANDINAVIA**
(Denmark, Finland, Norway, Sweden)
Tel: +47 55 92 51 92
Email: fgisdahl@mediasales.no

■ **SPAIN**
Publicitas Internacional S.A.
C/Goya 21, 1 Dcha
28001 MADRID (España)
Tel: +34 91 323 79 11
Fax: +34 91 733 59 58
Email: cartaza@publicitas.com

■ **TURKEY**
Tel: 212 234 1750
Email: fethiyesarol@sarol.com



[Newspaper page with partial article columns and classifieds]

...from a torch relay that
...een more embarrassment
...ion. Already, the relay has
...scaled back in response

...Lama's said he's praying
...," said Kamm, noting that
...hard-hit areas had large
...an populations. "Maybe
...the government the op-
...ancel the relay in Tibet."

## deal

resolving the current
...ry of State Condoleezza
statement. "We call upon
...eaders to implement this
...ts entirety."
...hastily convened news
...discuss the develop-
...U.S. diplomat for the
acknowledged that the
...Lebanon agreement,
...e Iranian- and Syrian-
...ah veto power over any
...cision, was imperfect.
..., David Welch, assistant
...te for Near Eastern af-
...elcomed it as a "neces-
...ve" step to end violence
...'s political crisis, which
...Lebanon for the past 18
...g the selection of a new
...sparking deadly street
...r this month when
...men took over parts of

...perfect solution, but it
...than the alternatives,"
...a necessary and posi-
...d, adding quickly: "It's
...ide how Lebanon does

## ating

Meretz party, said on
...hink this move is very
...positive. It's too bad it
...ong time ago, because
...chance to isolate Iran
...ebanon."
...ey feared that the an-
...an attempt to divert
...mert's legal troubles.
...welcome any process
...peace between us and
...rst and foremost with
...abel, secretary gener-
...ty, which is in the gov-
...ert's Kadima Party. "I
...his isn't some sort of
...pull screen over the
...rime minister is in."
...ations, the sticking
...ael and Syria has been
...the Golan to the Syri-
...m sovereignty all the
...ine of the Sea of Ga-
...say yes, the Israelis
...lose access to drink-

...se contributed report-

## Classifieds

### General

**Legal Notices**

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94 UNITED STATES DISTRICT COURT: SOUTHERN DISTRICT OF NEW YORK
On February 13, 2008, the United States of America commenced a civil action demanding forfeiture thereof pursuant to 18 U.S.C. § 545 and 19 U.S.C. § 1595a(c) The Painting Known as "Hannibal," by Jean-Michel Basquiat, 08 Cv. 1511.
Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with Rule G from the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by June 21, 2008 which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.
FOR NOTICE OF PUBLICATIONS GO TO:
WWW.FORFEITURE.GOV
On December 1, 2006, Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts. Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers. This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.
Dated: New York, New York
May 22, 2008
MICHAEL J. GARCIA
United States Attorney

**Business Services**

BACKGROUND CHECKS
FROM AROUND THE WORLD
Employment & Due Diligence
#1 Global Provider of Criminal Histories
**Straightline International**
info@straightlineinternational.com

**Business & Leisure Travel**

1st/Business Class Worldwide
Up to 50% off. Round-the-World-Trips. 1st class from US $4,000. Business class from US $2,900. Imperial American Express Travel Services. Tel: 1-514-341-7220.
www.imptrav.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===============================================================

UNITED STATES OF AMERICA,

Plaintiff,

- v.-

THE PAINTING KNOWN AS "HANNIBAL,"
BY THE ARTIST JEAN-MICHEL BASQUIAT, ET AL.,

Defendants-in-rem.

===============================================================

## NOTICE OF PUBLICATION
## 08 Civ. 1511 (RJS)

===============================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007

SHARON E. FRASE
**Assistant United States Attorney**
 -Of Counsel-