UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                   Plaintiff,

   -v-

THE PAINTING KNOWN AS "HANNIBAL," *et al.*,

              Defendants-in-rem.

08 CV 1511 (RJS)

No. 08 Civ. 1151 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated June 26, 2008, claimant Broadening-Info Enterprises, Inc., seeks, on consent of plaintiff, to adjourn the status conference previously scheduled for July 1, 2008.

IT IS HEREBY ORDERED that the conference is ADJOURNED to July 17, 2008, at 11:30 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:      New York, New York
           June 27, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE