AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

The Painting Known as "Hannibal,"
By Jean-Michel Basquiat,

    Defendant-in-rem.

**APPEARANCE**

Case Number: 08 Civ. 1511 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Seth W. Landsberg

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/15/2008 | *[signature]* |
| Date | Signature |
| | Daniel Horwitz      DH4339 |
| | Print Name      Bar Number |
| | 1177 Avenue of the Americas |
| | Address |
| | New York      NY      10036 |
| | City      State      Zip Code |
| | (212) 277-6552      (212) 277-6501 |
| | Phone Number      Fax Number |