AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
         Plaintiff,
- v -
The painting know as "Hannibal" by the artist Jean-Michel Basquiat, from 1982, an acrylic, oil stick and paper collage on canvas, mounted on tied wood, approximately 60 x 60 inches with an appraised value of approximately eight million dollars; et al.
         Defendants-in-rem.

**APPEARANCE**

Case Number: 08 Civ. 1511 (RJS)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    SETH LANDSBERG

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/26/2008 | *[signature]* |
| Date | Signature |
| | Christopher T. Leonardo     CL3043 |
| | Print Name     Bar Number |
| | 1825 Eye Street, NW |
| | Address |
| | Washington    DC    20006-5403 |
| | City    State    Zip Code |
| | (202) 420-2585    (202) 420-2201 |
| | Phone Number    Fax Number |