USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED 9/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br>- against -<br><br>The Painting Known as "Hannibal,"<br>by Jean–Michel Basquiat, et al.<br><br>            Defendant- in rem. | Case No. 08 Civ. 1511 (RJS)<br><br>ECF Case<br><br>**STIPULATION & ORDER** |

The above–captioned matter having come before the Court, and counsel for claimant Seth W. Landsberg ("Mr. Landsberg") having requested an enlargement of time within which to file an answer, move against or otherwise respond to the government's complaint; and

WHEREAS, Mr. Landsberg's counsel filed Notices of Appearance in the above-referenced action and said counsel have agreed to accept service of the government's complaint on behalf of Mr. Landsberg; and

WHEREAS, to the extent services were properly effectuated, Mr. Landsberg would be required to file his answer, move against or otherwise respond to the government's complaint on or before September 8, 2008; and

WHEREAS, Mr. Landsberg has made no previous requests for an enlargement of time within which to file an answer, move against or otherwise respond to the government's complaint; and

WHEREAS, the government has no objection to Mr. Landsberg's request.

DSMDB-2493249v01

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that,

1. Mr. Landsberg's time to file his answer, move against or otherwise respond to the government's complaint shall be extended to and including October 15, 2008.

Date: September 4, 2008

_____
DANIEL J. HORWITZ (DH-9339)
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 277-6500
(212) 277-6501 (Fax)

*Attorneys for interpleader claimant Seth W. Landsberg*

MICHAEL J. GARCIA
United States Attorney for the Southern
District of New York

Date: September 4, 2008

_____
SHARON E. FRASE (SF-4906)
Assistant United States Attorney
One St. Andrew's Plaza
(212) 637-2329

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

IT IS SO ORDERED:

Date: Sept 4, 2008

_____
Honorable Richard J. Sullivan
United States District Judge

2

DSMDB-2493249v01