UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                    08 Civ. 1511 (RJS)(HBP)

     -against-

THE PAINTING KNOWN AS "*HANNIBAL*" BY      JOINT MOTION
THE ARTIST JEAN-MICHEL BASQUIT, *et al.*,     <u>FOR CERTIFICATION</u>

             Defendants *in-rem*.
-------------------------------------------------------------x

        Upon the accompanying Declaration of Philip A. Byler, Esq., dated August 20, 2010, with exhibits, and a Proposed Certification Order, Claimant Broadening-Info Enterprises, Inc. and Plaintiff United States of America hereby jointly move to certify for appeal to the United States Court of Appeals for the Second Circuit, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Memorandum and Order, dated May 18, 2010, of the Honorable District Judge Richard J. Sullivan, granting the U.S. Government's motion for summary judgment on the Second Amended Complaint's First Cause of Action as to the forfeitability of the Defendants *in rem* a painting known as *Hannibal* and a sculpture known as *Roman togatus*.

Dated: New York, New York
       August 23, 2010

| | |
|---|---|
| **PREET BHARARA**<br>**UNITED STATES ATTORNEY**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>**Attorney for the Plaintiff**<br>**United States of America** | **NESENOFF & MILTENBERG, LLP**<br>**Attorneys for Claimant Broadening-Info**<br>       **Enterprises, Inc.** |
| By: *Jason P. Hernandez, Esq.*<br>**Assistant United States Attorney**<br>Jason P. Hernandez, Esq.<br>One St. Andrew's Plaza<br>New York, New York 10007<br>(212) 637-1024<br>(212) 637-0421 | By: *Philip A. Byler, Esq.*<br>Philip A. Byler, Esq. (PB-1234)<br>Andrew T. Miltenberg, Esq.(AM-7006)<br>363 Seventh Avenue - Fifth Floor<br>New York, New York 10001<br>(212)736-4500 |