UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                  08 Civ. 1511 (RJS)(HBP)

      -against-

THE PAINTING KNOWN AS *"HANNIBAL"* BY
THE ARTIST JEAN-MICHEL BASQUIT, *et al.*,

              Defendants *in-rem*.
---------------------------------------------------------------x

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL TO DEFENDANT

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Andrew, Esq., dated May 29, 2012, Nesenoff & Miltenberg, LLP, as counsel to Defendants The Painting known as "Hannibal" by the artist Jean-Michel Basquit, et al. ("Defendants") will move this Court Order before the Honorable District Judge Richard J. Sullivan, for an Order (i) allowing the undersigned to withdraw as counsel of record for Defendants; (ii) staying the action for thirty (30) days to retain new counsel; and (iii) for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 29, 2012

                                              _____
                                              Andrew T. Miltenberg (AM 7006)